**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| STANLEY PROFFITT,<br><br>    Plaintiff,<br>v.<br><br>WEST GEORGIA MEDICAL CENTER, INC., and<br>WELLSTAR HEALTH SYSTEM, INC.<br><br>    Defendants. | CIVIL ACTION FILE NO.<br>3:18-cv-00145-TCB |

**DISMISSAL WITH PREJUDICE**

COMES NOW STANLEY PROFFITT, Plaintiff in the above-styled civil action, and dismisses all claims against Defendants with prejudice and hereby authorizes the Clerk of the **Untied States District Court for the Northern District of Georgia, Newnan Division** to mark the above-styled lawsuit "Dismissed with Prejudice" upon the dockets and records of the **United States District Court for the Northern District of Georgia**.

Respectfully submitted this 18th day of FEBRUARY, 2019

_____
Hayden Barnes
Georgia State Bar No. 153445
**Attorney for Plaintiff**

**Law Office of Hayden Barnes, LLC**
The Corporate Center
233 12th Street
Columbus, GA 31901

8

66770942-1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

NEWNAN DIVISION

| | |
|---|---|
| STANLEY PROFFITT,<br><br>　　Plaintiff,<br>v.<br><br>WEST GEORGIA MEDICAL CENTER, INC., and<br>WELLSTAR HEALTH SYSTEM, INC.<br><br>　　Defendants. | CIVIL ACTION FILE NO.<br>3:18-cv-00145-TCB |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the above and foregoing **DISMISSAL WITH PREJUDICE** upon all counsel listed below by depositing a true copy of same in the United States Mail, in a properly addressed envelope with adequate postage thereon.

　　　　　　　　　　　　　　Melanie V. Slaton, Esq.
　　　　　　　　　　　　　　Nicholas J. Garcia, Esq.
　　　　　　　　　　　　　　Hall Booth Smith, P.C.
　　　　　　　　　　　　　　P.O. Box 2707
　　　　　　　　　　　　　　Columbus, GA  31902

Respectfully submitted this 18th day of FEBRUARY, 2019.

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　Hayden Barnes
　　　　　　　　　　　　　　Georgia State Bar No. 153445
　　　　　　　　　　　　　　**Attorney for Plaintiff**

**Law Office of Hayden Barnes, LLC**
The Corporate Center
233 12th Street
Columbus, GA 31901